**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

JOHN MANRIQUE, Derivatively on Behalf of Nominal Defendant ASP ISOTOPES, INC.,

Plaintiff,

v.

PAUL E. MANN, MICHAEL GORLEY, DUNCAN MOORE, PHD, ROBERT RYAN, HENDRIK STRYDOM, PHD, and TODD WIDER, MD,

Defendants,

-and-

ASP ISOTOPES, INC.,

Nominal Defendant.

C.A. No. 1:26-cv-05580-CM

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER STAYING ALL PROCEEDINGS**

Plaintiff John Manrique ("Plaintiff"), Defendants Paul E. Mann, Michael Gorley, Duncan Moore, PhD, Robert Ryan, Hendrik Strydom, PhD, and Todd Wider, MD ("Defendants"), and Nominal Defendant ASP Isotopes, Inc. ("ASPI") (together with Plaintiff and Defendants, the "Parties"), by and through their undersigned counsel, jointly stipulate as follows:

WHEREAS, on July 1, 2026, Plaintiff filed a Verified Shareholder Derivative Complaint (Dkt. 1) (the "Complaint");

WHEREAS, on July 16, 2026, Defendants and Nominal Defendant executed Waivers of the Service of Summons (Dkt. 5–11);

WHEREAS, Defendants' and Nominal Defendant's deadline to answer, move against, or otherwise respond to the Complaint is September 14, 2026 (*see id.*);

WHEREAS, the Parties are engaged in meaningful settlement discussions in an attempt to resolve this action without the need for further litigation;

WHEREAS, those settlement discussions include other shareholder plaintiffs in substantially similar derivative actions pending in this Court and the U.S. District Court for the Northern District of Texas,[1] which are currently stayed in light of the pending global settlement discussions; and

WHEREAS, the Parties agree that temporarily staying this action while settlement negotiations continue would promote efficient and effective case management and conserve judicial and litigant resources;

NOW, THEREFORE, IT IS THEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties and subject to Court approval, as follows:

1. The Parties agree to voluntarily stay the action until either of the Parties to this Stipulation provides notice to the other Party in writing that they no longer consent to the voluntary stay of the action. If either Party gives notice that the stay shall be lifted, the Parties shall file a joint notice to the Court stating that the Parties have terminated the stay and specifying the date upon which Defendants shall answer or otherwise respond to the Complaint, which shall be 45 days after the day such notice is filed with the Court.

2. On or before October 14, 2026, the Parties shall jointly file either: (a) a notice that the Parties have reached an agreement to settle this action; or (b) a status update regarding the Parties' settlement discussions.

3. This Stipulation is made without prejudice to any rights, claims, or defenses that any party may assert under applicable law, and without prejudice.

---

[1] *Stewart v. Mann, et al.*, Case No. 1:26-cv-01712-CM (S.D.N.Y.); *Jenis v. Mann, et al.*, Case No. 3:26-cv-00251-S (N.D. Tex.).

Case 1:26-cv-05580-CM Document 15 Filed 09/14/26 Page 3 of 4

4. During the pendency of the stay, Defendants shall engage in good-faith settlement negotiations with Plaintiff and shall notify Plaintiff of and invite Plaintiff to any settlement negotiations and/or mediation(s) and/or any other settlement procedure with any other derivative shareholder or plaintiff.

5. During the pendency of the stay, should Defendants produce any internal books and records, discovery material. or any other information to any other shareholder or derivative plaintiff for any purpose, then Defendants shall promptly produce those same documents or information to Plaintiff, to the extent Plaintiff is not already in possession of those documents or information.

**GAINEY McKENNA & EGLESTON**

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory Egleston
Christopher Brain
260 Madison Ave., 22nd Floor
New York, NY 10016
(212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com
cbrain@gme-law.com

*Counsel for Plaintiff John Manrique*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Michael D. Blanchard*
Michael D. Blanchard
Christopher M. Wasil
One State Street Hartford, CT 06103
(860) 240-2700
michael.blanchard@morganlewis.com
christopher.wasil@morganlewis.com

*Attorneys for Paul E. Mann, Michael Gorley, Duncan Moore, PhD, Robert Ryan, Hendrik Strydom, PhD, and Todd Wider, MD and Nominal Defendant ASP Isotopes Inc.*

Case 1:26-cv-05580-CM Document 15 Filed 09/14/26 Page 4 of 4

SO ORDERED.

DATED: 15 Sept, 2026

Colleen McMahon, United States District Judge